SEALED FILED

OCT 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE SEARCH WARRANT FOR 848 WELLFLEET DRIVE, VALLEGO, CA | CASE NO. 2:07-SW-0312 KJM |
|---|---|

SEALING ORDER

Upon Application of the United States of America, via Assistant U.S. Attorney Richard Bender, and good cause having been shown,

IT IS HEREBY ORDERED that the Application for Search Warrant, Search Warrant Affidavit, Search Warrant, including all attachments thereto, and this Sealing Order, in the above referenced matter are hereby SEALED until the filing of the search warrant return or further order of this Court (whichever occurs first).

Dated: October 19, 2007

_____
KIMBERLY J. MUELLER
U.S. Magistrate Judge